PAWB FORM 30 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James R. Johns, | ) | Case No. 19-23840 |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| James R. Johns, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Ann M. Johns
503 Clemesha Avenue
Pittsburgh, PA 15226

ARG
61-43 186st St., Ste 450
Fresh Meadows, NY 11365

Commonwealth of Pennsylvania
Department of Labor & Industry
Office of Chief Counsel
301 Fifth Avenue, Suite 230
Pittsburgh, PA 15222

Federouch
P.O. Box 522
Lawrence, PA 15055

Federouch
202 Buckeye Street
Canonsburg, PA 15317

Fox Capital Group

140 Broadway 46th Fl
New York, NY 10005

Geico
c/o Credit Collections
725 Canton St.
Norwood, MA 02062

Home Depot
c/o Home Depot Credit Services
PO Box 9001010
Louisville, KY 40290-1010

Intercare Psychiatric Services
180 Fort Couch Road, STE 304
Pittsburgh, PA 15241

Joseph, Mann & Creed
8948 Canyon Falls Blvd
#200
Twinsburg, OH 44087

Kenneth J. Hardin, II
437 Grant Street, Suite 620
Pittsburgh, PA 15219

Lowes
c/o GS Holdings
5553 Whipple Rd NW #5
North Canton, OH 44720

MCA Recovery LLC
17 State St., Ste 40000
New York, NY 10004

OSHA
Department of Treasury
Debt Management Services
PO Box 979101
Saint Louis, MO 63197-9000

RDM Capital Funding, LLC
777 Passaic Ave, Ste 375
Clifton, NJ 07012

Swift Capital
501 Carr Rd #301
Wilmington, DE 19809

UPMC
PO Box 371842
Pittsburgh, PA 15250


Yellowstone Capital LLC
30 Broad St. 14th Fl, Ste 1462

New York, NY 10004

By:

October 28, 2019
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402