# James R. Johns

# Proof of Income
# Filed pursuant to rule 1007-4

TOA CONSTRUCTION CORP  
1235 WESTLAKE DR  
STE 300  
BERWYN PA 19312

0827-D097  
ORG1:20 SU  
EE ID: 195    DD

*Payrolls by Paychex, Inc*

JAMES R JOHNS  
1286 LAKEMONT DRIVE  
PITTSBURGH PA 15243

**PERSONAL AND CHECK INFORMATION**  
James R Johns  
1286 Lakemont Drive  
Pittsburgh, PA 15243  
Soc Sec #: xxx-xx-xxxx    Employee ID: ▓

Home Department: 20 SU

Pay Period: 09/01/19 to 09/15/19  
Check Date: 09/20/19    Check #: 6011

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6465 | 2274.27 | 43195.71 |
| NET PAY | 2274.27 | 43195.71 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Personal Time | | | | M64.00 | |
| | Salary | M72.00 | | 3000.00 | M1440.00 | 49624.95 |
| | Bonus | | | | | 7880.00 |
| | Holiday | M8.00 | | | M56.00 | |
| | Total Hours | 80.00 | | | 1560.00 | |
| | Gross Earnings | | | 3000.00 | | 57504.95 |
| | Total Hrs Worked | 72.00 | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| *Do not increase Net Pay* | | | |
| | PX401ERMAT | 90.00 | 1725.15 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 186.00 | 3565.31 |
| | Medicare | | 43.50 | 833.82 |
| | Fed Income Tax | M 2 | 232.03 | 4923.91 |
| | PA Income Tax | | 92.10 | 1765.45 |
| | PA Unemploy | | 1.80 | 34.43 |
| | PA LOHIA-All LST | | 2.17 | 39.06 |
| | PA OHIO-All Inc | | 39.00 | 747.59 |
| | TOTAL | | 596.60 | 11909.57 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | PX401EEPRE | 90.00 | 1725.15 |
| | Vol Life | 14.40 | 259.76 |
| | Vol Life - Chil | 1.46 | 23.06 |
| | Vol Life - Spou | 1.44 | 25.99 |
| | Vol STD | 21.83 | 365.71 |
| | TOTAL | 129.13 | 2399.67 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2274.27 | 43195.71 |

0940 0827-D097  Toa Construction Corp • 1235 Westlake Dr • Ste 300 • Berwyn PA  19312 • (610) 838-5130

TOA CONSTRUCTION CORP
1235 WESTLAKE DR
STE 300
BERWYN PA 19312

0827-D097
ORG1:20 SU
EE ID: 195    DD

Payrolls by Paychex Inc

JAMES R JOHNS
1286 LAKEMONT DRIVE
PITTSBURGH PA  15243

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| James R Johns | | |
| 1286 Lakemont Drive | | |
| Pittsburgh, PA  15243 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: | | |
| Home Department: 20 SU | | |
| Pay Period: 08/16/19 to 08/31/19 | | |
| Check Date: 09/06/19    Check #: 5981 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 6465 | 2274.27 | 40921.44 |
| NET PAY | 2274.27 | 40921.44 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Personal Time | | | | M64.00 | |
| | Salary | M88.00 | | 3000.00 | M1368.00 | 46624.95 |
| | Bonus | | | | | 7880.00 |
| | Holiday | | | | M48.00 | |
| | Total Hours | 88.00 | | | 1480.00 | |
| | Gross Earnings | | | 3000.00 | | 54504.95 |
| | Total Hrs Worked | 88.00 | | | | |

| OTHER ITEMS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| Do not increase Net Pay | | | | | | |
| | PX401ERMAT | | | 90.00 | | 1635.15 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 186.00 | 3379.31 |
| | Medicare | | 43.50 | 790.32 |
| | Fed Income Tax | M 2 | 232.03 | 4691.88 |
| | PA Income Tax | | 92.10 | 1673.35 |
| | PA Unemploy | | 1.80 | 32.63 |
| | PA LOHIA-All LST | | 2.17 | 36.89 |
| | PA OHIO-All Inc | | 39.00 | 708.59 |
| | TOTAL | | 596.60 | 11312.97 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | PX401EEPRE | 90.00 | 1635.15 |
| | Vol Life | 14.40 | 245.36 |
| | Vol Life - Chil | 1.46 | 21.60 |
| | Vol Life - Spou | 1.44 | 24.55 |
| | Vol STD | 21.83 | 343.88 |
| | TOTAL | 129.13 | 2270.54 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2274.27 | 40921.44 |

Payrolls by Paychex Inc

0940 0827-D097  Toa Construction Corp • 1235 Westlake Dr • Ste 300 • Berwyn PA 19312 • (610) 838-5130

TOA CONSTRUCTION CORP  
1235 WESTLAKE DR  
STE 300  
BERWYN PA 19312

0827-D097  
ORG1:20 SU  
EE ID: 195        DD

JAMES R JOHNS  
1286 LAKEMONT DRIVE  
PITTSBURGH PA 15243

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**  
James R Johns  
1286 Lakemont Drive  
Pittsburgh, PA 15243  
Soc Sec #: xxx-xx-xxxx    Employee ID:

Home Department: 20 SU

Pay Period: 07/01/19 to 07/15/19  
Check Date: 07/22/19    Check #: 5890

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6465 | 4976.68 | 34312.37 |
| NET PAY | 4976.68 | 34312.37 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Personal Time | | | | M64.00 | |
| Salary | M72.00 | | 2708.33 | M1096.00 | 37916.62 |
| Bonus | | | 4350.00 | | 7880.00 |
| Holiday | M16.00 | | | M48.00 | |
| Total Hours | 88.00 | | | 1208.00 | |
| Gross Earnings | | | 7058.33 | | 45796.62 |
| Total Hrs Worked | 72.00 | | | | |

**OTHER ITEMS**  
*Do not increase Net Pay*

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401ERMAT | 211.75 | 1373.90 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 437.62 | 2839.39 |
| Medicare | | 102.34 | 664.05 |
| Fed Income Tax | M 2 | 975.96 | 4029.74 |
| PA Income Tax | | 216.69 | 1406.00 |
| PA Unemploy | | 4.23 | 27.41 |
| PA LOHIA-All LST | | 2.17 | 30.38 |
| PA OHIO-All Inc | | 91.76 | 595.38 |
| TOTAL | | 1830.77 | 9592.35 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401EEPRE | 211.75 | 1373.90 |
| Vol Life | 14.40 | 202.16 |
| Vol Life - Chil | 1.46 | 17.22 |
| Vol Life - Spou | 1.44 | 20.23 |
| Vol STD | 21.83 | 278.39 |
| TOTAL | 250.88 | 1891.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 4976.68 | 34312.37 |

*Payrolls by Paychex, Inc.*

0940 0827-D097  Toa Construction Corp • 1235 Westlake Dr • Ste 300 • Berwyn PA 19312 • (610) 838-5130

TOA CONSTRUCTION CORP  
1235 WESTLAKE DR  
STE 300  
BERWYN PA 19312  

0827-D097  
ORG1:20 SU  
EE ID: 195    DD  

JAMES R JOHNS  
1286 LAKEMONT DRIVE  
PITTSBURGH PA 15243  

**PERSONAL AND CHECK INFORMATION**  
James R Johns  
1286 Lakemont Drive  
Pittsburgh, PA 15243  
Soc Sec #: xxx-xx-xxxx    Employee ID:  

Home Department: 20 SU  

Pay Period: 06/16/19 to 06/30/19  
Check Date: 07/05/19    Check #: 5861  

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6465 | 2060.53 | 29335.69 |
| NET PAY | 2060.53 | 29335.69 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Personal Time | | | | M64.00 | |
| Salary | M80.00 | | 2708.33 | M1024.00 | 35208.29 |
| Bonus | | | | | 3530.00 |
| Holiday | | | | M32.00 | |
| Total Hours | 80.00 | | | 1120.00 | |
| Gross Earnings | | | 2708.33 | | 38738.29 |
| Total Hrs Worked | 80.00 | | | | |

**OTHER ITEMS**  
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401ERMAT | 81.25 | 1162.15 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 167.91 | 2401.77 |
| Medicare | | 39.28 | 561.71 |
| Fed Income Tax | M 2 | 198.08 | 3053.78 |
| PA Income Tax | | 83.15 | 1189.31 |
| PA Unemploy | | 1.62 | 23.18 |
| PA LOHIA-All LST | | 2.17 | 28.21 |
| PA OHIO-All Inc | | 35.21 | 503.62 |
| TOTAL | | 527.42 | 7761.58 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401EEPRE | 81.25 | 1162.15 |
| Vol Life | 14.40 | 187.76 |
| Vol Life - Chil | 1.46 | 15.76 |
| Vol Life - Spou | 1.44 | 18.79 |
| Vol STD | 21.83 | 256.56 |
| TOTAL | 120.38 | 1641.02 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2060.53 | 29335.69 |

0940 0827-D097  Toa Construction Corp • 1235 Westlake Dr • Ste 300 • Berwyn PA 19312 • (610) 838-5130

TOA CONSTRUCTION CORP
1235 WESTLAKE DR
STE 300
BERWYN PA 19312

0827-D097
ORG1:20 SU
EE ID: 195        DD

JAMES R JOHNS
1286 LAKEMONT DRIVE
PITTSBURGH PA 15243

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| James R Johns | | |
| 1286 Lakemont Drive | | |
| Pittsburgh, PA 15243 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: | | |
| Home Department: 20 SU | | |
| Pay Period: 06/01/19 to 06/15/19 | | |
| Check Date: 06/21/19    Check #: 5832 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 6465 | 2060.53 | 27275.16 |
| NET PAY | 2060.53 | 27275.16 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Personal Time | M8.00 | | | M64.00 | |
| | Salary | M72.00 | | 2708.33 | M944.00 | 32499.96 |
| | Bonus | | | | | 3530.00 |
| | Holiday | | | | M32.00 | |
| | Total Hours | 80.00 | | | 1040.00 | |
| | Gross Earnings | | | 2708.33 | | 36029.96 |
| | Total Hrs Worked | 80.00 | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | | | |
| | PX401ERMAT | 81.25 | 1080.90 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 167.92 | 2233.86 |
| | Medicare | | 39.27 | 522.43 |
| | Fed Income Tax | M 2 | 198.08 | 2855.70 |
| | PA Income Tax | | 83.15 | 1106.16 |
| | PA Unemploy | | 1.62 | 21.56 |
| | PA LOHIA-All LST | | 2.17 | 26.04 |
| | PA OHIO-All Inc | | 35.21 | 468.41 |
| | TOTAL | | 527.42 | 7234.16 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | PX401EEPRE | 81.25 | 1080.90 |
| | Vol Life | 14.40 | 173.36 |
| | Vol Life - Chil | 1.46 | 14.30 |
| | Vol Life - Spou | 1.44 | 17.35 |
| | Vol STD | 21.83 | 234.73 |
| | TOTAL | 120.38 | 1520.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2060.53 | 27275.16 |

0940 0827-D097 Toa Construction Corp • 1235 Westlake Dr • Ste 300 • Berwyn PA 19312 • (610) 838-5130

TOA CONSTRUCTION CORP
1235 WESTLAKE DR
STE 300
BERWYN PA  19312

0827-D097
ORG 120 SU
EE ID: 193

JAMES R JOHNS
1286 LAKEMONT DRIVE
PITTSBURGH PA  15243

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| James R Johns | | |
| 1286 Lakemont Drive | | |
| Pittsburgh, PA  15243 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: | | |
| Home Department: 20 SU | | |
| Pay Period: 05/16/19 to 05/31/19 | | |
| Check Date: 06/07/19    Check #: 5802 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 6465 | 2060.53 | 25214.63 |
| NET PAY | 2060.53 | 25214.63 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Personal Time | | | | M56.00 | |
| | Salary | M88.00 | | 2708.33 | M872.00 | 29791.63 |
| | Bonus | | | | | 3530.00 |
| | Holiday | M8.00 | | | M32.00 | |
| | Total Hours | 96.00 | | | 960.00 | |
| | Gross Earnings | | | 2708.33 | | 33321.63 |
| | Total Hrs Worked | 88.00 | | | | |

| OTHER ITEMS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Do not increase Net Pay | | | |
| | PX401ERMAT | 81.25 | 999.65 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 167.92 | 2065.94 |
| | Medicare | | 39.27 | 483.16 |
| | Fed Income Tax | M 2 | 198.08 | 2657.62 |
| | PA Income Tax | | 83.15 | 1023.01 |
| | PA Unemploy | | 1.62 | 19.94 |
| | PA LOHIA-All LST | | 2.17 | 23.87 |
| | PA OHIO-All Inc | | 35.21 | 433.20 |
| | TOTAL | | 527.42 | 6706.74 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | PX401EEPRE | 81.25 | 999.65 |
| | Vol Life | 14.40 | 158.96 |
| | Vol Life - Chil | 1.46 | 12.84 |
| | Vol Life - Spou | 1.44 | 15.91 |
| | Vol STD | 21.83 | 212.90 |
| | TOTAL | 120.38 | 1400.26 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2060.53 | 25214.63 |

0940 0827-D097  Toa Construction Corp • 1235 Westlake Dr • Ste 300 • Berwyn PA  19312 • (610) 838-5130