**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−23840−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   James R. Johns
   1286 Lakemont Drive
   Pittsburgh, PA 15243

Social Security No.:
   xxx−xx−4218

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>January 6, 2020<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>January 6, 2020<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/4/19

BY THE COURT

Gregory L. Taddonio
Judge

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 19-23840-GLT
James R. Johns                                                          Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                   Page 1 of 2                  Date Rcvd: Dec 04, 2019
                              Form ID: rsc13               Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db             +James R. Johns,    1286 Lakemont Drive,    Pittsburgh, PA 15243-1854
cr             +Specialized Loan Servicing, LLC,    14841 Dallas Parkway,    Suite 300,   Dallas, TX 75254-7883
15147555       +ARG,   61-43 186st St., Ste 450,    Fresh Meadows, NY 11365-2710
15132690       +Ann M. Johns,    503 Clemesha Avenue,    Pittsburgh, PA 15226-2017
15132691       +BlueVine,   401 Warren St #300,    Redwood City, CA 94063-1578
15159696       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
15132692       +Carrington Mortgage Services, LLC,    1600 South Douglass Road, Suite 200-A,
                 Anaheim, CA 92806-5951
15147556       +Commonwealth of Pennsylvania,    Department of Labor & Industry,    Office of Chief Counsel,
                 301 Fifth Avenue, Suite 230,    Pittsburgh, PA 15222-2440
15132696       +EdFinancial Services,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
15132699       +EdFinancial Services,    Attn: Bankruptcy,   Po Box 36008,    Knoxville, TN 37930-6008
15147557       +Federouch,    P.O. Box 522,   Lawrence, PA 15055-0522
15147558        Federouch,    202 Buckeye Street,    Canonsburg, PA 15317
15147559       +Fox Capital Group,    140 Broadway 46th Fl,    New York, NY 10005-1155
15132702       +Gerard W. Johns,    8 Mulberry court,    Grove City, PA 16127-4672
15147561        Home Depot,    c/o Home Depot Credit Services,    PO Box 9001010,   Louisville, KY 40290-1010
15147562       +Intercare Psychiatric Services,    180 Fort Couch Road, STE 304,    Pittsburgh, PA 15241-1041
15132706       +KML Law Group, P.c.,    Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1541
15147564       +Kenneth J. Hardin, II,    437 Grant Street, Suite 620,    Pittsburgh, PA 15219-6010
15147565       +Lowes,   c/o GS Holdings,    5553 Whipple Rd NW #5,    North Canton, OH 44720-7760
15147566       +MCA Recovery LLC,    17 State St., Ste 40000,    New York, NY 10004-1501
15132707       +Management Services Inc.,    PO Box 1099,   Langhorne, PA 19047-6099
15132708       +Mt. Lebanon Municipality,    c/o Jordan Tax Service Inc.,    102 Rahway Road,
                 McMurray, PA 15317-3349
15147567        OSHA,   Department of Treasury,    Debt Management Services,    PO Box 979101,
                 Saint Louis, MO 63197-9000
15132712       +Pittsburgh Water & Sewage Authority,    Penn Liberty Plaza 1,    1200 Penn Avenue,
                 Pittsburgh, PA 15222-4216
15147568       +RDM Capital Funding, LLC,    777 Passaic Ave, Ste 375,    Clifton, NJ 07012-1804
15147569      ++SWIFT FINANCIAL DBA SWIFT CAPITAL,    3505 SILVERSIDE RD,    SUITE 200,
                 WILMINGTON DE 19810-4905
                 (address filed with court: Swift Capital,    501 Carr Rd #301,   Wilmington, DE 19809)
15132714       +Specialized Loan Servicing/SLS,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
15132716       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
15163003       +Swift Financial, LLC,    3505 Silverside Rd., Suite 200,    Wilmington, DE 19810-4905
15147570       +UPMC,   PO Box 371842,    Pittsburgh, PA 15250-7842
15132718       +Vincent M. Johns,    1256 Kings Road,    Morgantown, WV 26508-9155
15132720        Wells Fargo Home Mor,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
                 Des Moines, IA 50306
15132719       +Wells Fargo Home Mor,    Po Box 10335,    Des Moines, IA 50306-0335
15147571       +Yellowstone Capital LLC,    30 Broad St. 14th Fl, Ste 1462,    New York, NY 10004-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2019 02:54:12      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Dec 05 2019 02:55:01      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15161732        E-mail/Text: ally@ebn.phinsolutions.com Dec 05 2019 02:53:35      Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
15132688        E-mail/Text: ally@ebn.phinsolutions.com Dec 05 2019 02:53:35      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,   Bloomington, MN 55438-0901
15132686        E-mail/Text: ally@ebn.phinsolutions.com Dec 05 2019 02:53:35      Ally Financial,
                 P.o. Box 380901,   Bloomington, MN 55438-0901
15132693       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 05 2019 02:55:48      Credit One Bank,
                 Po Box 98872,   Las Vegas, NV 89193-8872
15132695        E-mail/Text: mrdiscen@discover.com Dec 05 2019 02:53:36      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,   Wilmington, DE 19850
15132694        E-mail/Text: mrdiscen@discover.com Dec 05 2019 02:53:36      Discover Financial,   Pob 15316,
                 Wilmington, DE 19850
15136165        E-mail/Text: mrdiscen@discover.com Dec 05 2019 02:53:36      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
15147560       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 05 2019 02:55:07      Geico,
                 c/o Credit Collections,    725 Canton St.,   Norwood, MA 02062-2679
15147563       +E-mail/Text: cs.bankruptcy@jmcbiz.com Dec 05 2019 02:55:08      Joseph, Mann & Creed,
                 8948 Canyon Falls Blvd,    #200,   Twinsburg, OH 44087-1900
15132705       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Dec 05 2019 02:55:07      Kabbage Inc.,
                 925B Peachtree Street NE, Suite 1688,    Attn: Bankruptcy Department,   Atlanta, GA 30309-3918
15139147        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2019 02:55:50      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0315-2          User: culy                Page 2 of 2            Date Rcvd: Dec 04, 2019
                              Form ID: rsc13            Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15132710        +E-mail/PDF: cbp@onemainfinancial.com Dec 05 2019 02:56:03      OneMain Financial,
                 Attn: Bankruptcy,   Po Box 3251,   Evansville, IN 47731-3251
15132709        +E-mail/PDF: cbp@onemainfinancial.com Dec 05 2019 02:56:03      OneMain Financial,   Po Box 1010,
                 Evansville, IN 47706-1010
15163614         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 02:56:39
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15132711        +E-mail/Text: blegal@phfa.org Dec 05 2019 02:54:26      Pa Housing Finance Age,
                 2101 N. Front Street,   Harrisburg, PA 17110-1086
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SPECIALIZED LOAN SERVICING LLC
cr              THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
15132689*      +Ally Financial,   Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
15132687*      +Ally Financial,   P.o. Box 380901,   Bloomington, MN 55438-0901
15147554*      +Ann M. Johns,   503 Clemesha Avenue,   Pittsburgh, PA 15226-2017
15132697*      +EdFinancial Services,   120 N Seven Oaks Drive,   Knoxville, TN 37922-2359
15132698*      +EdFinancial Services,   120 N Seven Oaks Drive,   Knoxville, TN 37922-2359
15132700*      +EdFinancial Services,   Attn: Bankruptcy,   Po Box 36008,   Knoxville, TN 37930-6008
15132701*      +EdFinancial Services,   Attn: Bankruptcy,   Po Box 36008,   Knoxville, TN 37930-6008
15132703*      +Gerard W. Johns,   8 Mulberry court,   Grove City, PA 16127-4672
15132704*      +Gerard W. Johns,   8 Mulberry court,   Grove City, PA 16127-4672
15132713*      +Pittsburgh Water & Sewage Authority,   Penn Liberty Plaza 1,   1200 Penn Avenue,
                 Pittsburgh, PA 15222-4216
15132717*      +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Dept,   8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
15132715*      +Specialized Loan Servicing/SLS,   8742 Lucent Blvd,   Highlands Ranch, CO 80129-2386
                                                                              TOTALS: 2, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James  Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Scott Frankel    on behalf of Creditor   Specialized Loan Servicing, LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com
                                                                                              TOTAL: 7
```