IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

James R. Johns

Debtor.

BANKRUPTCY NO. 19-23840-GLT

CHAPTER 13

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL ORDERS, NOTICES AND PLEADINGS

To: Clerk of the Bankruptcy Court:

Please enter the appearance of Thomas E. Reilly, Esquire on behalf of Ann M. Johns in the above-captioned matter. We request copies of all further Notices, Orders and Pleadings. All such documents should be directed to Thomas E. Reilly, Esquire at the address set forth below.

THOMAS E. REILLY, P.C.

BY:    */s/ Thomas E. Reilly*
Thomas E. Reilly, Esquire
Pa. I.D. #25832
1468 Laurel Drive
Sewickley, PA 15143
(724) 933-3500
(724) 933-3505 (fax)
tereilly@tomreillylaw.com