IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/3/20 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23840 GLT |
|    James R. Johns | : | Chapter 13 |
|    aka Jimmy R. Johns | : | |
|    aka Jimmy Johns, | : | Related to Dkt. No. 30 |
|        Debtor(s) | : | |
| | : | |
| James R. Johns | : | |
| aka Jimmy R. Johns | : | |
| aka Jimmy Johns, | : | |
|        Movant(s) | : | |
| | : | |
| v. | : | |
| | : | |
| Specialized Loan Servicing, LLC, | : | |
|        Respondent | : | |

## MODIFIED DEFAULT ORDER

*AND NOW,* this **3rd day of *January, 2020***, it is hereby **ORDERED**, **ADJUDGED and DECREED** that this Court approves the loan modification between the Debtor, Maryann Lutz and the mortgage company, Specialized Loan Servicing LLC, the terms of which are as follows:

   a) The new balance owed is $46,046.07.

   b) The interest rate is now 8%.

   c) The monthly mortgage payment is $447.29.

   d) The maturity date is now September 1, 2059

   e) The mortgage arrears are now $0.00.

It is further ordered that an amended plan shall be filed within thirty days of the date of this order that incorporates the terms of the loan modification described above.

Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee, and the US Trustee. Movant shall file a Certificate of Service within (3) business days.

Prepared by: Christopher Frye, Esq.

**DEFAULT ENTRY**

Dated: January 03, 2020

Gregory L. Zdonio   jah
United States Bankruptcy Judge

PAWB Local Form 47 (04/14)         Page **1** of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-23840-GLT
James R. Johns                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: nsha              Page 1 of 1              Date Rcvd: Jan 03, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2020.
db             +James R. Johns,    1286 Lakemont Drive,    Pittsburgh, PA 15243-1854

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James    Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Specialized Loan Servicing, LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas    Song    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com
              Thomas E. Reilly    on behalf of Creditor Ann M Johns ecf@tomreillylaw.com
                                                                                             TOTAL: 9