IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23840 GLT |
| | : | Chapter 13 |
| James R. Johns | : | Related Docket No. 30 |
| aka Jimmy R. Johns | : | |
| aka Jimmy Johns, | : | |
| Debtor(s) | : | |
| | : | |
| James R. Johns | : | Hearing Date and Time: |
| aka Jimmy R. Johns | : | |
| aka Jimmy Johns, | : | |
| Movant(s) | : | |
| | : | |
| v. | : | |
| | : | |
| Specialized Loan Servicing, LLC, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF MODIFIED DEFAULT ORDER APPROVING PERMANENT LOAN MODIFICATION WITH SPECIALIZED LOAN SERVICING LLC

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) January 6, 2020

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Service by NEF:

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

Thomas Song, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JKF Blvd., Suite 1400
Philadelphia, PA 19103

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

|  |  |
|---|---|
|  | Respectfully submitted, |
| <u>January 6, 2020</u><br>DATE | <u>/s/ Christopher M. Frye</u><br>Christopher M. Frye, Esquire<br>Attorney for the Debtor(s) |

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402