**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James R. John | ) | Case No. 19-23840 GLT |
| aka Jimmy R. Johns | ) | Chapter 13 |
| aka Jimmy Johns, | ) | Docket No. |
| Debtor(s) | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| James R. John | ) | |
| aka Jimmy R. Johns | ) | |
| aka Jimmy Johns, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Bob Guild
362 Marbury Road
Bethel Park, PA 15102

By:

January 16, 2020         /s/ Christopher M. Frye
DATE                     Christopher M. Frye, Esquire
                         Attorney for the Debtor(s)

                         STEIDL & STEINBERG
                         Suite 2830 – Gulf Tower
                         707 Grant Street
                         Pittsburgh, PA  15219
                         (412) 391-8000
                         chris.frye@steidl-steinberg.com
                         PA I.D. No. 208402