IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| James R. John ) | Case No. 19-23840 GLT |
| aka Jimmy R. Johns ) | Chapter 13 |
| aka Jimmy Johns, ) | Related Docket No. 19, 42 & 45 |
| Debtor(s) ) | |
| ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE OF AMENDMENT TO SCHEDULE F, 341 MEETING OF CREDITORS NOTICE AND SCHEDULING ORDER**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) January 20, 2020

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Bob Guild
362 Marbury Road
Bethel Park, PA 15102

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

James Johns
1286 Lakemont Drive
Pittsburgh, PA 15243

                                                            Respectfully submitted,

January 20, 2020  
DATE                                                     /s/ Christopher M. Frye  
                                                            Christopher M. Frye, Esquire  
                                                            Attorney for the Debtor(s)

                                                            STEIDL & STEINBERG  
                                                            Suite 2830 – Gulf Tower  
                                                            707 Grant Street  
                                                            Pittsburgh, PA  15219  
                                                            (412) 391-8000  
                                                            chris.frye@steidl-steinberg.com  
                                                            PA I.D. No. 208402