UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

In Re:  ) Case No.: **19-23840-GLT**
    James R. Johns,  )
      ) CHAPTER 13
    Debtor.  )
      ) REQUEST FOR NOTICE
      )

### REQUEST OF AMIP MANAGEMENT, LLC FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that AMIP Management, LLC as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E, a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

**1**
REQUEST FOR NOTICE

1  AMIP Management, LLC requests that for all notice purposes and for inclusion in the

2  Master Mailing List in this case, the following address be used:

3  **PHYSICAL ADDRESS:**                              **EMAIL ADDRESS:**
   AMIP Management, LLC                               amipbk@ghidottiberger.com
4  3020 Old Ranch Parkway, Suite 180
   Seal Beach, CA 90740
5

6

7

8  Dated:  May 5, 2020                         By:  /s/ Maxine Evans
                                                    Maxine Evans
9                                                   AMIP Management, LLC
                                                    3020 Old Ranch Parkway, Suite 180
10                                                  Seal Beach, CA 90740
                                                    amipbk@ghidottiberger.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

# **CERTIFICATE OF SERVICE**

On May 5, 2020, I served the foregoing documents described as Request for notice on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**Christopher M. Frye**
chris.frye@steidl-steinberg.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May


On May 5, 2020, I served the foregoing documents described as Request for notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**James R. Johns**
1286 Lakemont Drive
Pittsburgh, PA 15243

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May