2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23840-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

James R. Johns
1286 Lakemont Drive
Pittsburgh PA 15243

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/05/2020.

Name and Address of Alleged Transferor(s):

Claim No. 14: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

AMIP Management
P.O. Box 2741
Seal Beach, CA 90740

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/10/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-23840-GLT
James R. Johns                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro            Page 1 of 1          Date Rcvd: Jun 08, 2020
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2020.
15199070        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
          Chandra Marie Arkema   on behalf of Creditor    Residential Credit Opportunities Trust V-E
           carkema@squirelaw.com
          Christopher M. Frye   on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James  Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor    PWSA jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor    MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD
           jhunt@grblaw.com,  cnoroski@grblaw.com
          Jerome B. Blank   on behalf of Creditor    Specialized Loan Servicing LLC pawb@fedphe.com
          Keri P. Ebeck   on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Scott Frankel   on behalf of Creditor    Specialized Loan Servicing, LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song   on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com
          Thomas E. Reilly   on behalf of Creditor Ann M Johns ecf@tomreillylaw.com
                                                                           TOTAL: 12