# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
7/7/20 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** JAMES R. JOHNS
- **Case Number:** 19-23840-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 02, 2020 02:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#17 - Final Confirmation of Plan Dated 10/28/2019 (NFC)
R / M #: 17 / 0

## Appearances:

- **Debtor:** Frye
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:** Tom Reilly ; Ann Johns

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 7-29-20 at 9:00.
10. _____ Other:

Contested: shd debtor have more time to cure or shd case dismissed due to arrearages as suggested by creditor.

6/25/2020  3:59:51PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James R. Johns  
    Debtor

Case No. 19-23840-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Jul 07, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db            +James R. Johns,    1286 Lakemont Drive,    Pittsburgh, PA 15243-1854

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:

         Chandra Marie Arkema    on behalf of Creditor    Residential Credit Opportunities Trust V-E    carkema@squirelaw.com  
         Christopher M. Frye    on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    PWSA jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD jhunt@grblaw.com, cnoroski@grblaw.com  
         Jerome B. Blank    on behalf of Creditor    Specialized Loan Servicing LLC pawb@fedphe.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Kevin Scott Frankel    on behalf of Creditor    Specialized Loan Servicing, LLC pabk@logs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Thomas Song    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com  
         Thomas E. Reilly    on behalf of Creditor Ann M Johns ecf@tomreillylaw.com

                                                                                                                                                                                    TOTAL: 12