IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| James R. Johns, ) | Case No. 19-23840 GLT |
| ) | Chapter 13 |
| Social Security No. XXX-XX- 4218 ) | Related to Docket No. 75 |
| ) | |
| Debtor ) | |
| ) | |
| James R. Johns, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| TOA Construction Corp. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 3, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

TOA Construction Corp.
Attn: Dustin Shaffer
1235 Westlake Drive
Suite 300
Berwyn, PA 19312

James R. Johns
1286 Lakemont Drive
Pittsburgh, PA 15243

Date of Service: August 3, 2020

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402