**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 19-23840-GLT
### Chapter 13

In re: Debtor(s) (including Name and Address)

James R. Johns
1286 Lakemont Drive
Pittsburgh PA 15243

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/12/2020.

Name and Address of Alleged Transferor(s):

Name and Address of Transferee:

Claim No. 8: Swift Financial, LLC, 3505 Silverside Rd., Suite 200, Wilmington, DE 19810

TBF Financial, LLC.
740 Waukegan Rd. Suite 404
Deerfield, IL 60015

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/14/20

Michael R. Rhodes
## CLERK OF THE COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-23840-GLT
James R. Johns                                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 1              Date Rcvd: Aug 12, 2020
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
15163003        +Swift Financial, LLC,    3505 Silverside Rd., Suite 200,    Wilmington, DE 19810-4905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
          Chandra Marie Arkema    on behalf of Creditor    Residential Credit Opportunities Trust V-E
          carkema@squirelaw.com
          Christopher M. Frye    on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
          ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
          inberg.com
          James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
          York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    PWSA jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD
          jhunt@grblaw.com, cnoroski@grblaw.com
          Jerome B. Blank    on behalf of Creditor    Specialized Loan Servicing LLC pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Specialized Loan Servicing, LLC pabk@logs.com
          Michael J Shavel    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner Trustee
          of the Residential Credit Opportunities Trust V-E mshavel@hillwallack.com,
          skenny@hillwallack.com;lharkins@hillwallack.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com
          Thomas E. Reilly    on behalf of Creditor Ann M Johns ecf@tomreillylaw.com
                                                                                 TOTAL: 13