IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James R, Johns, | ) | Case No. 19-23840 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Document No. |
| | ) | |

## NOTICE OF PROOF OF PAYMENT

Attached is a copy the Debtor's cashier's check in the amount of $4,600.00 dated October 31, 2020, payable to Ronda J. Winnecour, Trustee. This represents the Debtor's Chapter 13 plan payment due for October 2020. The Debtor mailed the payment to the Trustee on October 31, 2020.

Respectfully submitted,

November 2, 2020              /s/ Christopher M. Frye
DATE                          Christopher M. Frye, Esquire
                              Attorney for the Debtor(s)
                              STEIDL & STEINBERG
                              Suite 2830 – Gulf Tower
                              707 Grant Street
                              Pittsburgh, PA  15219
                              (412) 391-8000
                              chris.frye@steidl-steinberg.com
                              PA I.D. No. 208402

