IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James R. Johns, | ) | Case No. 19-23840 GLT |
| | ) | Chapter 13 |
| Social Security No. XXX-XX- 4218 | ) | |
| | ) | |
| Debtor | ) | Related to Docket 91 |
| | ) | |
| James R. Johns, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TOA Construction Corp. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 4, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

TOA Construction Corp.                James R. Johns
Attn: Dustin Shaffer                  1286 Lakemont Drive
1235 Westlake Drive                   Pittsburgh, PA 15243
Suite 300
Berwyn, PA 19312


Date of Service: November 4, 2020     /s/ Christopher M. Frye
                                      Christopher M. Frye, Esquire
                                      Attorney for the Debtor
                                      STEIDL & STEINBERG
                                      Suite 2830, Gulf Tower
                                      707 Grant Street
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      Chris.frye@steidl-steinberg.com
                                      PA I.D. No. 208402