Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James R. Johns**
Debtor(s)

Bankruptcy Case No.: 19−23840−GLT
Issued Per Feb. 25, 2021 Proceeding
Chapter: 13
Docket No.: 102 − 17, 90
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 28, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $5,412 as of March 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: The Bank of New York Mellon (Claim No. 5); Specialized Loan Servicing (Claim No. 10); Municipality of Mt. Lebanon/Mt. Lebanon School District (Claim No. 16) .

☑ H. Additional Terms: G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Municipality of Mt. Lebanon (Claim No. 16 and Claim No. 17); Pittsburgh Water and Sewer Authority (Claim No. 18) and Robert J. Gild (Claim No. 19), subject to resolution of objection.

The office of UC Benefits are to be paid per plan at statutory rate.

Specialized Loan Servicing shall be paid per loan modification Order of January 3, 2020 [Dkt. No. 35] with payment changes implemented.

The secured claims of Ally Bank (Claim No. 6) and Ally Bank (Claim No. 7) shall govern as to claim amount, to be paid at the modified plan terms, with payments to be determined by Trustee.

*(2.)*   ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 26, 2021

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23840-GLT |
| James R. Johns | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Feb 26, 2021 | Form ID: 149 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Johns, 1286 Lakemont Drive, Pittsburgh, PA 15243-1854 |
| cr | + | MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | PWSA, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Wilmington Savings Fund Society, FSB, as Owner Tru, AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 15238052 | + | AMIP Management, P.O. Box 2741, Seal Beach, CA 90740-1741 |
| 15147555 | + | ARG, 61-43 186st St., Ste 450, Fresh Meadows, NY 11365-2710 |
| 15132690 | + | Ann M. Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| 15184922 | + | Bob Guild, 362 Marbury Road, Bethel Park, PA 15102-1657 |
| 15147556 | + | Commonwealth of Pennsylvania, Department of Labor & Industry, Office of Chief Counsel, 301 Fifth Avenue, Suite 230, Pittsburgh, PA 15222-2440 |
| 15132696 | + | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132699 | + | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15147557 | + | Federouch, P.O. Box 522, Lawrence, PA 15055-0522 |
| 15147558 | | Federouch, 202 Buckeye Street, Canonsburg, PA 15317 |
| 15147559 | + | Fox Capital Group, 140 Broadway 46th Fl, New York, NY 10005-1155 |
| 15132702 | + | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15147561 | | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15242158 | + | Iman McAllister, PHFA/HEMAP, 211 North Front St, PO Box 15206, Harrisburg, PA 17105-5206 |
| 15147562 | + | Intercare Psychiatric Services, 180 Fort Couch Road, STE 304, Pittsburgh, PA 15241-1041 |
| 15132706 | + | KML Law Group, P.c., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15147564 | + | Kenneth J. Hardin, II, 437 Grant Street, Suite 620, Pittsburgh, PA 15219-6010 |
| 15147565 | + | Lowes, c/o GS Holdings, 5553 Whipple Rd NW #5, North Canton, OH 44720-7760 |
| 15147566 | + | MCA Recovery LLC, 17 State St., Ste 40000, New York, NY 10004-1501 |
| 15132707 | + | Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 15132708 | + | Mt. Lebanon Municipality, c/o Jordan Tax Service Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15175505 | + | Municipality of Mt. Lebanon, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15175498 | + | Municipality of Mt.Lebanon/Mt.Lebanon SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15147567 | | OSHA, Department of Treasury, Debt Management Services, PO Box 979101, Saint Louis, MO 63197-9000 |
| 15132712 | + | Pittsburgh Water & Sewage Authority, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15187678 | + | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15147568 | + | RDM Capital Funding, LLC, 777 Passaic Ave, Ste 375, Clifton, NJ 07012-1804 |
| 15218085 | + | Residential Credit Opportunities Trust V-E, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15197632 | + | Robert J. Gild, 362 Marbury Rd., Bethel Park, PA 15102-1657 |
| 15147569 | ++ | SWIFT FINANCIAL DBA SWIFT CAPITAL, 3505 SILVERSIDE RD, SUITE 200, WILMINGTON DE 19810-4905 address filed with court:, Swift Capital, 501 Carr Rd #301, Wilmington, DE 19809 |
| 15167311 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15169431 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15132714 | + | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 15132716 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 15163003 | + | Swift Financial, LLC, 3505 Silverside Rd., Suite 200, Wilmington, DE 19810-4905 |

| | | |
|---|---|---|
| 15147570 | + | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15132718 | + | Vincent M. Johns, 1256 Kings Road, Morgantown, WV 26508-9155 |
| 15132719 | + | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |
| 15132720 | | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 15147571 | + | Yellowstone Capital LLC, 30 Broad St. 14th Fl, Ste 1462, New York, NY 10004-2304 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Feb 27 2021 01:51:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 15161732 | | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2021 01:50:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15132688 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2021 01:50:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15132686 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2021 01:50:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15132691 | | Email/Text: andy.shaw@bluevine.com | Feb 27 2021 01:50:00 | BlueVine, 401 Warren St #300, Redwood City, CA 94063 |
| 15159696 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 27 2021 01:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 15132692 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 27 2021 01:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 15132693 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2021 01:56:31 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15132695 | | Email/Text: mrdiscen@discover.com | Feb 27 2021 01:50:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15132694 | | Email/Text: mrdiscen@discover.com | Feb 27 2021 01:50:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15136165 | | Email/Text: mrdiscen@discover.com | Feb 27 2021 01:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168199 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 27 2021 01:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15147560 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 27 2021 01:52:00 | Geico, c/o Credit Collections, 725 Canton St., Norwood, MA 02062-2679 |
| 15147561 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2021 01:54:45 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15147563 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Feb 27 2021 01:52:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd, #200, Twinsburg, OH 44087-1900 |
| 15132705 | + | Email/Text: kabbagebankruptcy@brantonlawfirm.com | Feb 27 2021 01:52:00 | Kabbage Inc., 925B Peachtree Street NE, Suite 1688, Attn: Bankruptcy Department, Atlanta, GA 30309-3918 |
| 15139147 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2021 01:56:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132710 | + | Email/PDF: cbp@onemainfinancial.com | Feb 27 2021 01:56:26 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15132709 | + | Email/PDF: cbp@onemainfinancial.com | Feb 27 2021 01:58:24 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15242159 | + | Email/Text: blegal@phfa.org | | |

Case 19-23840-GLT    Doc 104    Filed 02/28/21    Entered 03/01/21 00:41:12    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 149 | Total Noticed: 68 |

|  |  | Feb 27 2021 01:51:00 | PHFA/HEMAP, 211 North Front St, PO Box 15206, Harrisburg, PA 17105-5206 |
|---|---|---|---|
| 15163614 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2021 01:54:44 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15132711 | + Email/Text: blegal@phfa.org Feb 27 2021 01:51:00 | | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15276778 | + Email/Text: JWAGNER@TBFGROUP.COM Feb 27 2021 01:50:00 | | TBF Financial, LLC., 740 Waukegan Rd. Suite 404, Deerfield, IL 60015-5505 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Residential Credit Opportunities Trust V-E |
| cr |  | SPECIALIZED LOAN SERVICING LLC |
| cr |  | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW |
| cr |  | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | Ann M Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 15132689 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15132687 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15147554 | *+ | Ann M. Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| 15132697 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132698 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132700 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15132701 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15132703 | *+ | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15132704 | *+ | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15132713 | *+ | Pittsburgh Water & Sewage Authority, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15193507 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15199070 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15132715 | *+ | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 15132717 | *+ | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |

TOTAL: 4 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 4 |
| Date Rcvd: Feb 26, 2021 | Form ID: 149 | Total Noticed: 68 |

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bnicholas@kmllawgroup.com

Chandra Marie Arkema
    on behalf of Creditor Residential Credit Opportunities Trust V-E tuhawkeye@msn.com  carkema@squirelaw.com

Christopher M. Frye
    on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye
    on behalf of Plaintiff James R. Johns chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Jeffrey R. Hunt
    on behalf of Creditor PWSA jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD jhunt@grblaw.com  cnoroski@grblaw.com

Jerome B. Blank
    on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Specialized Loan Servicing  LLC pabk@logs.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Michael J Shavel
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com

Thomas E. Reilly
    on behalf of Creditor Ann M Johns ecf@tomreillylaw.com


TOTAL: 15