IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James R. Johns | ) | Case No.  19-23840 GLT |
| aka Jimmy R. Johns | ) | Chapter 13 |
| aka Jimmy Johns, | ) | Related Docket No.109 |
| Debtor(s) | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF MODIFIED DEFAULT ORDER GRANTING OBJECTION TO CLAIM 19

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) April 13, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Robert Gild
362 Marbury Road
Bethel Park, PA 15102

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                                  Respectfully submitted,

February 12, 2021                        /s/ Christopher M. Frye
DATE                                          Christopher M. Frye, Esquire
                                                  Attorney for the Debtor(s)
                                                  STEIDL & STEINBERG
                                                  Suite 2830 – Gulf Tower
                                                  707 Grant Street
                                                  Pittsburgh, PA  15219
                                                  (412) 391-8000
                                                  chris.frye@steidl-steinberg.com
                                                  PA I.D. No. 208402