IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James R. Johns<br>        Debtor, | BANKRUPTCY CASE NUMBER<br>19-23840-GLT |
| Select Portfolio Servicing, Inc. as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2<br>        Movant.<br>v.<br><br>James R. Johns<br>        Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>        Additional Respondent. | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  July 29, 2022                                    BY: /s/ Lily C. Calkins
                                                                                      Christopher A. DeNardo 78447
                                                                                      Lily C. Calkins 327356
                                                                                      LOGS Legal Group LLP
                                                                                      3600 Horizon Drive, Suite 150
                                                                                      King of Prussia, PA 19406
                                                                                      (610) 278-6800
                                                                                      logsecf@logs.com

LLG File #: 22-067519

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James R. Johns<br>    Debtor,<br><br>Select Portfolio Servicing, Inc. as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2<br>    Movant.<br>v.<br><br>James R. Johns<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-23840-GLT<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

I, __Lily C. Calkins__, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 29th day of July, 2022:

James R. Johns
1286 Lakemont Dr
Pittsburgh, PA 15243

Christopher M. Frye, Esquire, Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
chris.frye@steidl-steinberg.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com