2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23840-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

James R. Johns
1286 Lakemont Drive
Pittsburgh PA 15243

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/18/2022.

Name and Address of Alleged Transferor(s):

Claim No. 10: Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111

Name and Address of Transferee:

Federal Home Loan Mortgage Corporation, as Truste
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/21/22

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23840-GLT |
| James R. Johns | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 19, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15167311 | + Email/Text: bkelectronicnoticecourtmail@computershare.com Aug 19 2022 23:49:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bnicholas@kmllawgroup.com

Chandra Marie Arkema
on behalf of Creditor Residential Credit Opportunities Trust V-E tuhawkeye@msn.com carkema@squirelaw.com

Christopher A. DeNardo
on behalf of Creditor SPECIALIZED LOAN SERVICING LLC logsecf@logs.com

Christopher M. Frye
on behalf of Plaintiff James R. Johns chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 19, 2022 | Form ID: trc | Total Noticed: 1 |

Christopher M. Frye
    on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Jeffrey R. Hunt
    on behalf of Creditor PWSA jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Specialized Loan Servicing  LLC pabk@logs.com, logsecf@logs.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com
    dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lily Christina Calkins
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans logsecf@logs.com, lilychristinacalkins@gmail.com

Michael J Shavel
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E mshavel@hillwallack.com,
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com

Thomas E. Reilly
    on behalf of Creditor Ann M Johns ecf@tomreillylaw.com

TOTAL: 17