FILED
10/11/22 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                )
                      )
James R. Johns        )    Case No. 19-23840 GLT
aka Jimmy R. Johns    )    Chapter 13
aka Jimmy Johns,      )    Docket No.
    Debtor(s)         )
                           Related to Docket No. 130

_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

   ☒    a motion to dismiss case or certificate of default requesting dismissal

   ☒    a plan modification sought by:   Debtor

   ☐    a motion to lift stay
        as to creditor   _____

   ☐    Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

   ☒ Chapter 13 Plan dated 10/28/2019
   ☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

   ☒    Debtor(s) Plan payments shall be changed from $ 5,412.00 to $6,518.00 per month, effective October 2022 ; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                        -1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: The stipulated order resolves the Trustee's Certificate of Default filed at Docket No.24. Legal fees of $3,000.00 have been added.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 11th Day of October, 2022

Dated: October 11, 2022

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Christopher M. Frye
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

[04/22]                             -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23840-GLT |
| James R. Johns | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Johns, 1286 Lakemont Drive, Pittsburgh, PA 15243-1854 |
| cr | + | Wilmington Savings Fund Society, FSB, as Owner Tru, AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 15238052 | + | AMIP Management, P.O. Box 2741, Seal Beach, CA 90740-1741 |
| 15147555 | + | ARG, 61-43 186st St., Ste 450, Fresh Meadows, NY 11365-2710 |
| 15132690 | + | Ann M. Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| 15184922 | + | Bob Guild, 362 Marbury Road, Bethel Park, PA 15102-1657 |
| 15147556 | + | Commonwealth of Pennsylvania, Department of Labor & Industry, Office of Chief Counsel, 301 Fifth Avenue, Suite 230, Pittsburgh, PA 15222-2440 |
| 15147558 | | Federouch, 202 Buckeye Street, Canonsburg, PA 15317 |
| 15147559 | + | Fox Capital Group, 140 Broadway 46th Fl, New York, NY 10005-1155 |
| 15132702 | + | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15242158 | + | Iman McAllister, PHFA/HEMAP, 211 North Front St, PO Box 15206, Harrisburg, PA 17105-5206 |
| 15147562 | + | Intercare Psychiatric Services, 180 Fort Couch Road, STE 304, Pittsburgh, PA 15241-1041 |
| 15132705 | + | Kabbage Inc., 925B Peachtree Street NE, Suite 1688, Attn: Bankruptcy Department, Atlanta, GA 30309-3918 |
| 15147564 | + | Kenneth J. Hardin, II, 437 Grant Street, Suite 620, Pittsburgh, PA 15219-6010 |
| 15147565 | + | Lowes, c/o GS Holdings, 5553 Whipple Rd NW #5, North Canton, OH 44720-7760 |
| 15147566 | + | MCA Recovery LLC, 17 State St., Ste 40000, New York, NY 10004-1501 |
| 15132708 | + | Mt. Lebanon Municipality, c/o Jordan Tax Service Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15147567 | | OSHA, Department of Treasury, Debt Management Services, PO Box 979101, Saint Louis, MO 63197-9000 |
| 15132712 | + | Pittsburgh Water & Sewage Authority, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15147568 | + | RDM Capital Funding, LLC, 777 Passaic Ave, Ste 375, Clifton, NJ 07012-1875 |
| 15197632 | + | Robert J. Gild, 362 Marbury Rd., Bethel Park, PA 15102-1657 |
| 15147569 | ++ | SWIFT FINANCIAL DBA SWIFT CAPITAL, 3505 SILVERSIDE RD, SUITE 200, WILMINGTON DE 19810-4905 address filed with court:, Swift Capital, 501 Carr Rd #301, Wilmington, DE 19809 |
| 15147570 | + | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15132718 | + | Vincent M. Johns, 1256 Kings Road, Morgantown, WV 26508-9155 |
| 15132720 | | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 15132719 | + | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |
| 15147571 | + | Yellowstone Capital LLC, 30 Broad St. 14th Fl, Ste 1462, New York, NY 10004-2304 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2022 09:10:37 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 12 2022 09:00:00 | Federal Home Loan Mortgage Corporation, as Trustee, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

Case 19-23840-GLT   Doc 132   Filed 10/13/22   Entered 10/14/22 00:32:28   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 12 2022 08:59:00 | MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Oct 12 2022 08:59:00 | PWSA, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: blegal@phfa.org | Oct 12 2022 09:00:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 12 2022 09:00:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 08:59:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | | Email/Text: SLSBKNotices@nationalbankruptcy.com | Oct 12 2022 08:59:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | | Email/Text: SLSBKNotices@nationalbankruptcy.com | Oct 12 2022 08:59:00 | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 15161732 | | Email/Text: ally@ebn.phinsolutions.com | Oct 12 2022 08:59:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15132688 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 12 2022 08:59:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15132686 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 12 2022 08:59:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15132691 | | Email/Text: andy.shaw@bluevine.com | Oct 12 2022 08:59:00 | BlueVine, 401 Warren St #300, Redwood City, CA 94063 |
| 15159696 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 12 2022 08:59:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15132692 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 12 2022 08:59:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 15132693 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2022 09:10:31 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15132695 | | Email/Text: mrdiscen@discover.com | Oct 12 2022 08:59:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15132694 | | Email/Text: mrdiscen@discover.com | Oct 12 2022 08:59:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15136165 | | Email/Text: mrdiscen@discover.com | Oct 12 2022 08:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168199 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 12 2022 09:00:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15132696 | + | Email/Text: EBN@edfinancial.com | Oct 12 2022 08:59:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132699 | + | Email/Text: EBN@edfinancial.com | Oct 12 2022 08:59:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15507121 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 12 2022 09:00:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15147560 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 12 2022 09:00:00 | Geico, c/o Credit Collections, 725 Canton St., Norwood, MA 02062-2679 |
| 15461868 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 12 2022 08:59:00 | Goldman Sachs Mortgage Company, c/o |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15147561 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2022 09:10:50 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15147563 | + Email/Text: cs.bankruptcy@jmcbiz.com | Oct 12 2022 09:00:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd, #200, Twinsburg, OH 44087-1900 |
| 15132706 | ^ MEBN | Oct 12 2022 08:58:24 | KML Law Group, P.c., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15139147 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 09:10:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132707 | ^ MEBN | Oct 12 2022 08:56:50 | Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 15175505 | + Email/Text: ebnjts@grblaw.com | Oct 12 2022 08:59:00 | Municipality of Mt. Lebanon, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15175498 | + Email/Text: ebnjts@grblaw.com | Oct 12 2022 08:59:00 | Municipality of Mt.Lebanon/Mt.Lebanon SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15132710 | + Email/PDF: cbp@onemainfinancial.com | Oct 12 2022 09:10:31 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15132709 | + Email/PDF: cbp@onemainfinancial.com | Oct 12 2022 09:10:57 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15163003 | Email/Text: Bankruptcy@swiftcapital.com | Oct 12 2022 08:59:00 | Swift Financial, LLC, 3505 Silverside Rd., Suite 200, Wilmington, DE 19810 |
| 15242159 | + Email/Text: blegal@phfa.org | Oct 12 2022 09:00:00 | PHFA/HEMAP, 211 North Front St, PO Box 15206, Harrisburg, PA 17105-5206 |
| 15163614 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 12 2022 09:11:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15132711 | + Email/Text: blegal@phfa.org | Oct 12 2022 09:00:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15187678 | + Email/Text: ebnpwsa@grblaw.com | Oct 12 2022 08:59:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15218085 | + Email/Text: bkenotice@rushmorelm.com | Oct 12 2022 08:59:00 | Residential Credit Opportunities Trust V-E, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15169431 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 08:59:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15167311 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 08:59:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15132714 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 08:59:00 | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 15132716 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 12 2022 08:59:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 15276778 | + Email/Text: JWAGNER@TBFGROUP.COM | Oct 12 2022 08:59:00 | TBF Financial, LLC., 740 Waukegan Rd. Suite 404, Deerfield, IL 60015-5505 |
| 15132720 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 12 2022 09:10:37 | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 15132719 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 12 2022 09:11:04 | Wells Fargo Home Mor, Po Box 10335, Des |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 72

Moines, IA 50306-0335

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | Residential Credit Opportunities Trust V-E |
| cr | | SPECIALIZED LOAN SERVICING LLC |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | Ann M Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15132689 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15132687 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15147554 | *+ | Ann M. Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| 15132697 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132698 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132700 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15132701 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15132703 | *+ | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15132704 | *+ | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15132713 | *+ | Pittsburgh Water & Sewage Authority, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15193507 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15199070 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15132715 | *+ | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 15132717 | *+ | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 15147557 | ##+ | Federouch, P.O. Box 522, Lawrence, PA 15055-0522 |

TOTAL: 6 Undeliverable, 18 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Residential Credit Opportunities Trust V-E tuhawkeye@msn.com carkema@squirelaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 72 |

Christopher A. DeNardo
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC logsecf@logs.com

Christopher M. Frye
    on behalf of Plaintiff James R. Johns chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Jeffrey R. Hunt
    on behalf of Creditor PWSA jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Specialized Loan Servicing  LLC pabk@logs.com, logsecf@logs.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com
    dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lily Christina Calkins
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans logsecf@logs.com, lilychristinacalkins@gmail.com

Michael J Shavel
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E mshavel@hillwallack.com,
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com

Thomas E. Reilly
    on behalf of Creditor Ann M Johns ecf@tomreillylaw.com


TOTAL: 17