**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/21/2023

IN RE:

JAMES R. JOHNS
1286 LAKEMONT DRIVE
PITTSBURGH,  PA  15243
XXX-XX-4218           Debtor(s)

Case No.19-23840 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/21/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:3  INT %: 6.00%<br>Court Claim Number:6<br><br>CLAIM: 8,771.51<br>COMMENT: $CL6GOV@TERMS/PL*PMT/CONF*8959@ALLY FINANCIAL@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8998 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:4  INT %: 6.00%<br>Court Claim Number:7<br><br>CLAIM: 6,981.29<br>COMMENT: $CL7GOV@TERMS/PL*PMT/CONF*7121@ALLY FINANCIAL@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9238 |
| **ANN M JOHNS**<br>C/O HARDIN THOMPSON PC<br>THE FRICK BUILDING<br>437 GRANT ST STE 620<br>PITTSBURGH, PA 15219 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE*SEE CID 48*CL=23300 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4490 |
| **BANK OF NEW YORK MELLON**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br><br>ANAHEIM, CA 92806 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL5GOV*7059/SCH*DKT4LMT*BGN 11/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7059 |
| **GERARD JOHNS**<br>8 MULBERRY CT<br><br>GROVE CITY, PA 16127 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM: 0.00<br>COMMENT: COMBINED @ CID 9 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6315 |
| **GERARD JOHNS**<br>8 MULBERRY CT<br><br>GROVE CITY, PA 16127 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: COMBINED @ CID 9 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6313 |
| **GERARD JOHNS**<br>8 MULBERRY CT<br><br>GROVE CITY, PA 16127 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 19,752.99<br>COMMENT: 6315,6318*AVD/OE*SEC/SCH*JUDGMENT GD-19-006318 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6318 |
| **MUNICIPALITY OF MT LEBANON (STORM WTR)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:10  INT %: 10.00%<br>Court Claim Number:16<br><br>CLAIM: 476.80<br>COMMENT: 193-N-54;THRU 10/1/19*CL16GOV*2020.28@10%/PL*13-18/SCH-PL*WNTS 10%*GU E | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3N54 |

| Creditor | Trustee Claim / Court Claim | Credit Description / Account | Claim / Comment |
|---|---|---|---|
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0792 | CLAIM: 0.00<br>COMMENT: PMT/PL-NT STD/CL*150x(60+2)=LMT*$0ARRS/PL-CL*LATE |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:12  INT %: 10.00%<br>Court Claim Number:18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 13L6 | CLAIM: 4,301.13<br>COMMENT: 13-L-6;THRU 10/1/19*CL18GOV*4074.29@10%TTL/PL*18-19/SCH-PL*WNTS 10%*GU |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:13  INT %: 10.00%<br>Court Claim Number:18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A159 | CLAIM: 2,415.30<br>COMMENT: 32-A-159;THRU 10/1/19*CL18GOV*2148@10%TTL/PL*18-19/SCH-PL*WNTS 10%*GU |
| **GOLDMAN SACHS MORTGAGE COMPANY**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:14 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8524 | CLAIM: 0.00<br>COMMENT: CL14GOV*447.29/PL*522.40x(60+2)=LMT*BGN 11/19*LN MOD @ 55*FR SPS-DOC 51* |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5495 | CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 11/19*FR SLS-DOC 121 |
| **VINCENT JOHNS**<br>1256 KINGS RD<br>MORGANTOWN, WV 26508 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:4-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1239 | CLAIM: 11,916.68<br>COMMENT: AVD/OE*SEC/SCH*JUDGMENT MDJ-05-2-19*AMD |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI**<br>UI PAYMENT SERVICES (INDV UC OP)<br>PO BOX 67503<br>HARRISBURG, PA 17106-9894 | Trustee Claim Number:17  INT %: 6.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: | CLAIM: 1,400.00<br>COMMENT: %/CONF*$@4%/PL*STAT ISSUE*14/SCH-PL |
| **APP GROUP INTERNATIONAL LLC**<br>99 WASHINGTON AVE STE 805A<br>ALBANY, NY 12210 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **BLUEVINE CAPITAL**<br>401 WARREN ST STE 300<br>REDWOOD CITY, CA 94063 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4062 | CLAIM: 1,117.04<br>COMMENT: SHERMAN/CREDIT ONE |

| Creditor | Trustee/Court Claim | Creditor Description |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 10,951.59<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8713 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4824 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1224 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2624 |
| **FEDEROUCH LANDSCAPE SUPPLY**<br>202 BUCKEYE ST<br>LAWRENCE, PA 15055 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FOX CAPITAL GROUP**<br>140 BROADWAY 46TH FL<br>NEW YORK, NY 10005 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GEICO**<br>ONE GEICO CENTER<br>MACON, GA 31296-0001 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2099 |
| **HOME DEPOT CREDIT SERVICES**<br>PO BOX 9001010<br>LOUISVILLE, KY 40290 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **INTERCARE PSYCHIATRIC SERVICE++**<br>180 FORT COUCH ROAD<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0668 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **KABBAGE INC**<br>925B PEACHTREE STREET NE SUITE 383<br><br>ATLANTA, GA 30309 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LOWES++**<br>POB 2510<br><br>TUSCALOOSA, AL 35403 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7509 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2856 |
| **UNITED STATES OF AMERICA**<br>DEPARTMENT OF LABOR - OSHA<br>1000 LIBERTY AVE RM 1428<br>PITTSBURGH, PA 15222 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: FINE~JIMMY JOHNS CONTRUCTION/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2865 |
| **RDM CAPITAL FUNDING LLC**<br>777 PASSAIC AVE STE 375<br><br>CLIFTON, NJ 07012 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:21 | CLAIM: 2,579.00<br>COMMENT: BREACH OF CONTRACT*NO POD | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: |
| **TBF FINANCIAL LLC***<br>870 SHERIDAN RD<br><br>HIGHWOOD, IL 60040 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:8 | CLAIM: 56,230.60<br>COMMENT: PAYPAL*FR SWIFT FNCL-DOC 79 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8758 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA 15203 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7806 |
| **WELLS FARGO HOME MORTGAGE**<br>MAC# X2302 04C*<br>ONE HOME CAMPUS*<br>DES MOINES, IA 50328-0001 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9293 |
| **YELLOWSTONE CAPITAL LLC++**<br>30 BROAD ST 14TH FL STE 1462<br><br>NEW YORK, NY 10004 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2017 |
| **NCB MANAGEMENT SERVICES INC***<br>POB 1099*<br><br>LANGHORNE, PA 19047 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JIMMY JOHNS CONSTRUCTION LLC**<br>1286 LAKEMONT DR<br><br>PITTSBURGH, PA 15243 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LINDA LODGE**<br>1286 LAKEMONT DR<br><br>PITTSBURGH, PA 15243 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LOGS LEGAL GROUP LLP FORMERLY SHAPIRO**<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SPECIALIZED LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 24,963.28<br>COMMENT: CL5GOV*15k/PL*THRU 10/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7059 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,479.84<br>COMMENT: NT/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4724 |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,967.28<br>COMMENT: CL10GOV*NT PROV/PL*THRU 10/19*FR SLS-DOC 121 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5495 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,529.26<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3251 |
| **ANN JOHNS**<br>503 CLEMESHA AVE<br><br>PITTSBURGH, PA 15226 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 24,073.69<br>COMMENT: AVD/OE*JUDGMENT AR-18-004490*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4490 |
| **GOLDMAN SACHS MORTGAGE COMPANY**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: CL14GOV*$0ARRS/PL*THRU 10/19*LN MOD @ 55*FR SLS-DOC 51*FR INSOLVE-DO( | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8524 |
| **THOMAS E REILLY ESQ**<br>THOMAS E REILLY PC<br>1468 LAUREL DR<br>SEWICKLEY, PA 15143 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ANN JOHNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim | Cred Desc / Account / Comment |
|---|---|---|
| **MUNICIPALITY OF MT LEBANON (STORM WTR)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 317.24 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3N54<br>COMMENT: 193-N-54;THRU 10/1/19*NON%*CL16GOV*2020.28@10%/PL*13-18/SCH-PL*GU BAR T |
| **MT LEBANON SD & MUNIC OF MT LEBANON (El**<br>C/O JORDAN TAX SVC-DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:15-2<br>CLAIM: 425.70 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4218<br>COMMENT: 4218;13*NT/SCH-PL*GU BAR TIMELY*AMD |
| **MUNICIPALITY OF MT LEBANON (SWG)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:53 INT %: 10.00%<br>Court Claim Number:17<br>CLAIM: 2,546.86 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3N54<br>COMMENT: 193-N-54;THRU 10/1/19*CL17GOV*NT/SCH-PL*WNTS 10%*GU BAR TIMELY*W/54 |
| **MUNICIPALITY OF MT LEBANON (SWG)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,582.93 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3N54<br>COMMENT: 193-N-54;THRU 10/1/19*NON%*CL17GOV*NT/SCH-PL*GU BAR TIMELY*W/53 |
| **GOLDMAN SACHS MORTGAGE COMPANY**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:014<br>CLAIM: 0.00 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8524<br>COMMENT: PMT/DECL*DKT4PMT-LMT*LN MOD*BGN 11/19*FR SLS-DOC 51*FR IG-DOC 56*FR S |
| **ROBERT J GILD**<br>362 MARBURY RD<br>BETHEL PARK, PA 15102 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 33,757.50 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.:<br>COMMENT: AVD/OE*/AMD F*1-16-20~TIMELY*UNS/SCH-PL*DK |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 301.38 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 13L6<br>COMMENT: 13-L-6;THRU 10/1/19*NON%*CL18GOV*4074.29@10%TTL/PL*18-19/SCH-PL*GU BAR |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 47.65 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A159<br>COMMENT: 32-A-159;THRU 10/1/19*NON%*CL18GOV*2148@10%TTL/PL*18-19/SCH-PL*GU BAR |
| **RICHARD M SQUIRE & ASSOCIATES**<br>115 WEST AVENUE STE 104<br>JENKINTOWN, PA 19046 | Trustee Claim Number:59 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00 | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>COMMENT: RESIDENTIAL CREDIT OPPTNTS/PRAE |
| **AMIP MANAGEMENT**<br>3020 OLD RANCH PKWY STE 180<br>SEAL BEACH, CA 90740 | Trustee Claim Number:60 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00 | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.:<br>COMMENT: WIMLINGTON/PRAE |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **HILL WALLACK LLC**<br>777 TOWNSHIP LINE RD STE 250<br>YARDLEY, PA  19067 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ARG**<br>C/O LAW OFC OF YANA CHECHELNITZKY LLC<br>61-43 186TH ST STE 450<br>FRESH MEADOWS, NY  11365 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 25,614.28<br>COMMENT: NT/SCH*BREACH OF CONTRACT*NO POD | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LOGS LEGAL GROUP LLP**<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FEDERAL HOME LNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |