FILED
3/2/23 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

James R. Johns

Debtor(s).

Case No. 19-23840-GLT

Chapter 13

Related to Doc. Nos. 17, 102 & 135

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑ a motion to dismiss case or certificate of default requesting dismissal

- | a plan modification sought by:  The Trustee

- ❑ a motion to lift stay
  as to creditor  _____

- ❑ Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

| Chapter 13 Plan dated October 28, 2019
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ❑ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                                    -1-

❑  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑  Debtor(s) shall file and serve _____ on or before _____.

❑  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

|   Other: <u>Mt. Lebanon SD & Municipality of Mt. Lebanon (EIT) (Claim #15-2) shall govern.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _2nd Day of March, 2023

Dated: ___March 2, 2023___

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Christopher M. Frye
Christopher M. Frye (PA I.D. #208402)
Counsel to Debtor
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
412-391-8000
Chris.frye@steidl-steinberg.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

/s/ Jeffrey R. Hunt
Jeffrey R. Hunt (PA I.D. #90342)
Counsel to Municipality and School District of Mt. Lebanon
Goehring Rutter et al
437 Grant Street Floor 14
Pittsburgh PA 15219
412-281-0587
jhunt@grblaw.com

cc:   All Parties in Interest to be served by Clerk

[04/22]                                                        -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23840-GLT
James R. Johns     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5
Date Rcvd: Mar 02, 2023     Form ID: pdf900     Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Johns, 1286 Lakemont Drive, Pittsburgh, PA 15243-1854 |
| cr | + | Wilmington Savings Fund Society, FSB, as Owner Tru, AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 15238052 | + | AMIP Management, P.O. Box 2741, Seal Beach, CA 90740-1741 |
| 15147555 | + | ARG, 61-43 186st St., Ste 450, Fresh Meadows, NY 11365-2710 |
| 15132690 | + | Ann M. Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| 15184922 | + | Bob Guild, 362 Marbury Road, Bethel Park, PA 15102-1657 |
| 15147556 | + | Commonwealth of Pennsylvania, Department of Labor & Industry, Office of Chief Counsel, 301 Fifth Avenue, Suite 230, Pittsburgh, PA 15222-2440 |
| 15147558 | | Federouch, 202 Buckeye Street, Canonsburg, PA 15317 |
| 15147559 | + | Fox Capital Group, 140 Broadway 46th Fl, New York, NY 10005-1155 |
| 15132702 | + | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15242158 | + | Iman McAllister, PHFA/HEMAP, 211 North Front St, PO Box 15206, Harrisburg, PA 17105-5206 |
| 15147562 | + | Intercare Psychiatric Services, 180 Fort Couch Road, STE 304, Pittsburgh, PA 15241-1041 |
| 15132705 | + | Kabbage Inc., 925B Peachtree Street NE, Suite 1688, Attn: Bankruptcy Department, Atlanta, GA 30309-3918 |
| 15147564 | + | Kenneth J. Hardin, II, 437 Grant Street, Suite 620, Pittsburgh, PA 15219-6010 |
| 15147565 | + | Lowes, c/o GS Holdings, 5553 Whipple Rd NW #5, North Canton, OH 44720-7760 |
| 15147566 | + | MCA Recovery LLC, 17 State St., Ste 40000, New York, NY 10004-1501 |
| 15132708 | + | Mt. Lebanon Municipality, c/o Jordan Tax Service Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15147567 | | OSHA, Department of Treasury, Debt Management Services, PO Box 979101, Saint Louis, MO 63197-9000 |
| 15132712 | + | Pittsburgh Water & Sewage Authority, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15147568 | + | RDM Capital Funding, LLC, 777 Passaic Ave, Ste 375, Clifton, NJ 07012-1875 |
| 15197632 | + | Robert J. Gild, 362 Marbury Rd., Bethel Park, PA 15102-1657 |
| 15147569 | ++ | SWIFT FINANCIAL DBA SWIFT CAPITAL, 3505 SILVERSIDE RD, SUITE 200, WILMINGTON DE 19810-4905 address filed with court:, Swift Capital, 501 Carr Rd #301, Wilmington, DE 19809 |
| 15147570 | + | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15132718 | + | Vincent M. Johns, 1256 Kings Road, Morgantown, WV 26508-9155 |
| 15147571 | + | Yellowstone Capital LLC, 30 Broad St. 14th Fl, Ste 1462, New York, NY 10004-2304 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2023 23:51:08 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 02 2023 23:43:00 | Federal Home Loan Mortgage Corporation, as Trustee, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 02 2023 23:42:00 | MUNICIPALITY OF MT. LEBANON & MT. |

Case 19-23840-GLT   Doc 137   Filed 03/04/23   Entered 03/05/23 00:23:26   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| cr | + Email/Text: ebnpwsa@grblaw.com | Mar 02 2023 23:42:00 | LEBANON SD, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + Email/Text: ebnpwsa@grblaw.com | Mar 02 2023 23:42:00 | PWSA, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + Email/Text: blegal@phfa.org | Mar 02 2023 23:42:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| cr | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 02 2023 23:43:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 02 2023 23:42:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 02 2023 23:42:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 02 2023 23:42:00 | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 15161732 | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2023 23:42:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15132688 | + Email/Text: ally@ebn.phinsolutions.com | Mar 02 2023 23:42:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15132686 | + Email/Text: ally@ebn.phinsolutions.com | Mar 02 2023 23:42:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15132691 | Email/Text: andy.shaw@bluevine.com | Mar 02 2023 23:42:00 | BlueVine, 401 Warren St #300, Redwood City, CA 94063 |
| 15159696 | + Email/Text: BKBCNMAIL@carringtonms.com | Mar 02 2023 23:42:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15132692 | + Email/Text: BKBCNMAIL@carringtonms.com | Mar 02 2023 23:42:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 15132693 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2023 23:51:13 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15132695 | Email/Text: mrdiscen@discover.com | Mar 02 2023 23:42:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15132694 | Email/Text: mrdiscen@discover.com | Mar 02 2023 23:42:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15136165 | Email/Text: mrdiscen@discover.com | Mar 02 2023 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168199 | + Email/Text: kburkley@bernsteinlaw.com | Mar 02 2023 23:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15132696 | + Email/Text: EBN@edfinancial.com | Mar 02 2023 23:42:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132699 | + Email/Text: EBN@edfinancial.com | Mar 02 2023 23:42:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15507121 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 02 2023 23:43:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15147560 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 02 2023 23:42:00 | Geico, c/o Credit Collections, 725 Canton St., Norwood, MA 02062-2679 |
| 15461868 | + Email/Text: mtgbk@shellpointmtg.com | Mar 02 2023 23:42:00 | Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| 15147561 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 23:51:14 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15147563 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Mar 02 2023 23:42:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd, #200, Twinsburg, OH 44087-1900 |
| 15132706 | ^ | MEBN | Mar 02 2023 23:35:32 | KML Law Group, P.c., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15139147 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2023 23:51:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132707 | ^ | MEBN | Mar 02 2023 23:35:00 | Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 15175505 | + | Email/Text: ebnjts@grblaw.com | Mar 02 2023 23:42:00 | Municipality of Mt. Lebanon, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15175498 | + | Email/Text: ebnjts@grblaw.com | Mar 02 2023 23:42:00 | Municipality of Mt.Lebanon/Mt.Lebanon SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15132710 | + | Email/PDF: cbp@onemainfinancial.com | Mar 02 2023 23:51:17 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15132709 | + | Email/PDF: cbp@onemainfinancial.com | Mar 02 2023 23:51:17 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15163003 | | Email/Text: Bankruptcy@swiftcapital.com | Mar 02 2023 23:42:00 | Swift Financial, LLC, 3505 Silverside Rd., Suite 200, Wilmington, DE 19810 |
| 15242159 | + | Email/Text: blegal@phfa.org | Mar 02 2023 23:42:00 | PHFA/HEMAP, 211 North Front St, PO Box 15206, Harrisburg, PA 17105-5206 |
| 15163614 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2023 23:51:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15132711 | + | Email/Text: blegal@phfa.org | Mar 02 2023 23:42:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 15187678 | + | Email/Text: ebnpwsa@grblaw.com | Mar 02 2023 23:42:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15218085 | + | Email/Text: flyersprod.inbound@axisai.com | Mar 02 2023 23:42:00 | Residential Credit Opportunities Trust V-E, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15169431 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 02 2023 23:42:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15167311 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 02 2023 23:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15132714 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 02 2023 23:42:00 | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 15132716 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 02 2023 23:42:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 15276778 | + | Email/Text: JWAGNER@TBFGROUP.COM | Mar 02 2023 23:42:00 | TBF Financial, LLC., 740 Waukegan Rd. Suite 404, Deerfield, IL 60015-5505 |
| 15132720 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 02 2023 23:51:08 | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |
| 15132719 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 02 2023 23:51:12 | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Mar 02, 2023 | Form ID: pdf900 | Total Noticed: 72

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | Residential Credit Opportunities Trust V-E |
| cr | | SPECIALIZED LOAN SERVICING LLC |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | Ann M Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15132689 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15132687 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15147554 | *+ | Ann M. Johns, 503 Clemesha Avenue, Pittsburgh, PA 15226-2017 |
| 15132697 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132698 | *+ | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15132700 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15132701 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15132703 | *+ | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15132704 | *+ | Gerard W. Johns, 8 Mulberry court, Grove City, PA 16127-4672 |
| 15132713 | *+ | Pittsburgh Water & Sewage Authority, Penn Liberty Plaza 1, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15193507 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15199070 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15132715 | *+ | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 15132717 | *+ | Specialized Loan Servicing/SLS, Attn: Bankruptcy Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 15147557 | ##+ | Federouch, P.O. Box 522, Lawrence, PA 15055-0522 |

TOTAL: 6 Undeliverable, 18 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Residential Credit Opportunities Trust V-E tuhawkeye@msn.com  carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Mar 02, 2023 | Form ID: pdf900 | Total Noticed: 72 |

Christopher M. Frye
    on behalf of Plaintiff James R. Johns chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor James R. Johns chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Jeffrey R. Hunt
    on behalf of Creditor PWSA jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor Specialized Loan Servicing LLC jblank@pincuslaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Specialized Loan Servicing  LLC pabk@logs.com, logsecf@logs.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lily Christina Calkins
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans logsecf@logs.com, lilychristinacalkins@gmail.com

Michael J Shavel
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pawb@fedphe.com

Thomas E. Reilly
    on behalf of Creditor Ann M Johns ecf@tomreillylaw.com

TOTAL: 17