Case 19-23840-GLT    Doc 145    Filed 06/01/23    Entered 06/01/23 13:55:28    Desc Main
Document    Page 1 of 1

FILED
6/1/23 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-23840-GLT |
| | : | Chapter: 13 |
| James R. Johns | : | |
| | : | |
| | : | Date: 5/31/2023 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**   #142 - Application to Employ Massimo A. Terzini, Esquire and Law Offices of Joel Sansone as Special Counsel for Debtor
   #140 - Response filed by Ronda J Winnecour

**APPEARANCES:**
   Debtor: Abagale Steidl [Massimo A. Terzini]
   Trustee: Owen Katz

**NOTES:** [10:08]

Court: Issue is when the date of employment should be approved.

Katz: Questions current status of the case, and also the payment arrangement.

Terzini: Employment discrimination action. Fee arrangement ($5,000 retainer plus 40% contingency fee) is standard for the type of arrangement. Paused action when bankruptcy was discovered to request approval. Was at early neutral evaluation. No discovery yet.

Court: Nothing to suggest extraordinary circumstances - engagement was initiated after the bankruptcy commenced. Recommends reviewing In re Young, 646 B.R. 779 (Bankr. W.D. Pa. 2022).

**OUTCOME:**

1) For the reasons stated on the record, the *Application to Employ Special Counsel for Debtor* [Dkt. No. 138] is APPROVED with modifications. [DB to enter proposed order at Dkt. No. 138 with modifications].

**DATED:** 5/31/2023