# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 19-23840 GLT |
| James R. Johns, | ) | Chapter 13 |
|    Debtor(s) | ) | |
| | ) | |
| | ) | |
| James R. Johns, | ) | |
|    Movant(s) | ) | Related Trustee Certificate of Default at |
| | ) | at Doc No. 143, and Order |
| - vs. - | ) | requiring response at Doc No. 144 |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|    Respondent(s) | ) | |

## NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

     1.    Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

     2.    The cure shall be effected as follows: The Debtor has remitted a payment of $6,518.00 on June 1, 2023. The Debtor intends to cure the remaining balance by the end of June 2023 with a lump sum payment from the income he is earning currently installing pools.

     3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

     4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on July 6, 2023, at 9:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

     RESPECTFULLY SUBMITTED, this 2nd day of June, 2023.

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No.208402