IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| James R. John ) | Case No. 19-23840 GLT |
| Debtor(s) ) | Chapter 13 |
| ) | Related Docket No. 147 |
| ) | |
| ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 2, 2023

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

|  |  |
|---|---|
|  | Respectfully submitted, |
| June 2, 2023 | /s/ Christopher M. Frye |
| DATE | Christopher M. Frye, Esquire |
|  | Attorney for the Debtor(s) |
|  | |
|  | STEIDL & STEINBERG |
|  | Suite 2830 – Gulf Tower |
|  | 707 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | (412) 391-8000 |
|  | chris.frye@steidl-steinberg.com |
|  | PA I.D. No. 208402 |

```
Label Matrix for local noticing          AMIP Management                          ARG
0315-2                                   P.O. Box 2741                            61-43 186st St., Ste 450
Case 19-23840-GLT                        Seal Beach, CA 90740-1741                Fresh Meadows, NY 11365-2710
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Jun  2 16:39:59 EDT 2023

Ally Bank                                Ally Bank, c/o AIS Portfolio Services, LP   Ally Financial
PO Box 130424                            4515 N Santa Fe Ave. Dept. APS              Attn: Bankruptcy Dept
Roseville MN 55113-0004                  Oklahoma City, OK 73118-7901                Po Box 380901
                                                                                     Bloomington, MN 55438-0901


Ally Financial                           Ann M. Johns                             Chandra Marie Arkema
P.o. Box 380901                          503 Clemesha Avenue                      435 Dudley Street
Bloomington, MN 55438-0901               Pittsburgh, PA 15226-2017                Philadelphia, PA 19148-2516


Jerome B. Blank                          (p)BLUEVINE ANDY SHAW                    Bob Guild
Pincus Law Group, PLLC                   ATTN BLUEVINE/ANDY SHAW                  362 Marbury Road
2929 Arch Street                         401 WARREN ST SUITE 300                  Bethel Park, PA 15102-1657
Ste 17th Floor                           REDWOOD CITY CA 94063-1578
Philadelphia, PA 19104-2857


Lily Christina Calkins                   Carrington Mortgage Services, LLC        Carrington Mortgage Services, LLC
LOGS LEGAL GROUP LLP                     1600 South Douglass Road                 1600 South Douglass Road, Suite 200-A
3600 Horizon Drive                       Anaheim, CA 92806-5948                   Anaheim, CA 92806-5948
Suite 150
King of Prussia, PA 19406-4702


Commonwealth of Pennsylvania             Credit One Bank                          Christopher A. DeNardo
Department of Labor & Industry           Po Box 98872                             LOGS LEGAL GROUP LLP
Office of Chief Counsel                  Las Vegas, NV 89193-8872                 3600 Horizon Drive, Suite 150
301 Fifth Avenue, Suite 230                                                       King of Prussia, PA 19406-4702
Pittsburgh, PA 15222-2440


Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC       Duquesne Light Company
Discover Products Inc                    PO BOX 3025                              c/o Bernstein-Burkley, P.C.
PO Box 3025                              NEW ALBANY OH 43054-3025                 707 Grant Street, Suite 2200, Gulf Tower
New Albany, OH  43054-3025                                                        Pittsburgh, PA 15219-1945


(p)KERI EBECK                            EdFinancial Services                     EdFinancial Services
ATTN KERI EBECK                          120 N Seven Oaks Drive                   Attn: Bankruptcy
601 GRANT STREET                         Knoxville, TN 37922-2359                 Po Box 36008
9TH FLOOR                                                                         Knoxville, TN 37930-6008
PITTSBURGH PA 15219-4430


Federal Home Loan Mortgage Corporation, as T   Federal Home Loan Mortgage Corporation, as T   Federouch
Serviced by Select Portfolio Servicing,        P.O. Box 65250                                 202 Buckeye Street
PO Box 65250                                   Salt Lake City, UT 84165-0250                  Canonsburg, PA 15317
Salt Lake City, UT 84165-0250


Federouch                                Fox Capital Group                        Kevin Scott Frankel
P.O. Box 522                             140 Broadway 46th Fl                     Shapiro & DeNardo, LLC
Lawrence, PA 15055-0522                  New York, NY 10005-1155                  3600 Horizon Drive
                                                                                  Suite 150
                                                                                  King of Prussia, PA 19406-4702
```

```
Christopher M. Frye                 Geico                               Gerard W. Johns
Steidl & Steinberg                  c/o Credit Collections              8 Mulberry court
Suite 2830 Gulf Tower               725 Canton St.                      Grove City, PA 16127-4672
707 Grant Street                    Norwood, MA 02062-2679
Pittsburgh, PA 15219-1908


Goldman Sachs Mortgage Company      Leon P. Haller                      Home Depot
c/o Shellpoint Mortgage Servicing   Purcell, Krug & Haller              c/o Home Depot Credit Services
P.O. Box 10826                      1719 North Front Street             PO Box 9001010
Greenville, SC 29603-0826           Harrisburg, PA 17102-2392           Louisville, KY 40290-1010


Jeffrey R. Hunt                     Iman McAllister                     Intercare Psychiatric Services
GRB Law                             PHFA/HEMAP                          180 Fort Couch Road, STE 304
525 William Penn Place              211 North Front St                  Pittsburgh, PA 15241-1041
Suite 3110                          PO Box 15206
Pittsburgh, PA 15219-1753           Harrisburg, PA 17105-5206


James R. Johns                      Joseph, Mann & Creed                KML Law Group, P.c.
1286 Lakemont Drive                 8948 Canyon Falls Blvd              Suite 5000
Pittsburgh, PA 15243-1854           #200                                701 Market Street
                                    Twinsburg, OH 44087-1900            Philadelphia, PA 19106-1541


(p)KABBAGE  INC  DBA KSERVICING     Kenneth J. Hardin, II               LVNV Funding, LLC
925B PEACHTREE STREET NE            437 Grant Street, Suite 620         Resurgent Capital Services
SUITE 383                           Pittsburgh, PA 15219-6010           PO Box 10587
ATLANTA GA 30309-3918                                                   Greenville, SC 29603-0587


Lowes                               MCA Recovery LLC                    MUNICIPALITY OF MT. LEBANON & MT. LEBANON SD
c/o GS Holdings                     17 State St., Ste 40000             GRB Law
5553 Whipple Rd NW #5               New York, NY 10004-1501             437 Grant Street 14th Floor
North Canton, OH 44720-7760                                             Frick Building
                                                                        Pittsburgh, PA 15219-6101


Management Services Inc.            Mt. Lebanon Municipality            Municipality of Mt. Lebanon
PO Box 1099                         c/o Jordan Tax Service Inc.         GRB Law
Langhorne, PA 19047-6099            102 Rahway Road                     c/o Jeffrey R. Hunt, Esquire
                                    McMurray, PA 15317-3349             437 Grant Street, 14th Floor
                                                                        Frick Building
                                                                        Pittsburgh, PA 15219-6101

Municipality of Mt.Lebanon/Mt.Lebanon SD   Brian Nicholas               OSHA
GRB Law                             KML Law Group, P.C.                 Department of Treasury
c/o Jeffrey R. Hunt, Esquire        701 Market Street                   Debt Management Services
437 Grant Street, 14th Floor        Suite 5000                          PO Box 979101
Frick Building                      Philadelphia, PA 19106-1541         Saint Louis, MO 63197-9000
Pittsburgh, PA 15219-6101

Office of the United States Trustee  OneMain Financial                  OneMain Financial
Liberty Center.                     Attn: Bankruptcy                    Po Box 1010
1001 Liberty Avenue, Suite 970      Po Box 3251                         Evansville, IN 47706-1010
Pittsburgh, PA 15222-3721           Evansville, IN 47731-3251


PHFA/HEMAP                          PWSA                                Pa Housing Finance Age
211 North Front St                  GRB Law                             2101 N. Front Street
PO Box 15206                        437 Grant Street 14th Floor         Harrisburg, PA 17110-1086
Harrisburg, PA 17105-5206           Frick Building
                                    Pittsburgh, PA 15219-6101
```

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pennsylvania Housing Finance Agency/HEMAP<br>211 North Front Street<br>P.O. Box 15206<br>Harrisburg, PA 17105-5206 |
| Pittsburgh Water & Sewage Authority<br>Penn Liberty Plaza 1<br>1200 Penn Avenue<br>Pittsburgh, PA 15222-4216 | Pittsburgh Water and Sewer Authority<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RDM Capital Funding, LLC<br>777 Passaic Ave, Ste 375<br>Clifton, NJ 07012-1875 | Thomas E. Reilly<br>THOMAS E. REILLY, PC<br>1468 Laurel Drive<br>Sewickley, PA 15143-8599 | Residential Credit Opportunities Trust V-E<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| Robert J. Gild<br>362 Marbury Rd.<br>Bethel Park, PA 15102-1657 | SELECT PORTFOLIO SERVICING, INC<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Michael J Shavel<br>Hill Wallack LLP<br>777 Township Line Road<br>Suite 250<br>Yardley, PA 19067-5565 |
| Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | Specialized Loan Servicing LLC<br>14841 Dallas Parkway Suite 425<br>Dallas, TX 75254-8067 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 |
| Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Specialized Loan Servicing, LLC<br>14841 Dallas Parkway<br>Suite 300<br>Dallas, TX 75254-7883 |
| Specialized Loan Servicing/SLS<br>8742 Lucent Blvd<br>Highlands Ranch, CO 80129-2386 | Specialized Loan Servicing/SLS<br>Attn:  Bankruptcy Dept<br>8742 Lucent Blvd #300<br>Highlands Ranch, CO 80129-2386 | (p)SWIFT FINANCIAL DBA SWIFT CAPITAL<br>3505 SILVERSIDE RD<br>SUITE 200<br>WILMINGTON DE 19810-4905 |
| (p)PAYPAL<br>3505 SILVERSIDE RD<br>STE 200<br>WILMINGTON DE 19810-4905 | TBF Financial, LLC.<br>740 Waukegan Rd. Suite 404<br>Deerfield, IL 60015-5505 | Massimo A. Terzini<br>Law Offices of Joel Sansone<br>Two Gateway Center<br>Suite 1290<br>Pittsburgh, PA 15222 |
| UPMC<br>PO Box 371842<br>Pittsburgh, PA 15250-7842 | Vincent M. Johns<br>1256 Kings Road<br>Morgantown, WV 26508-9155 | Wells Fargo Home Mor<br>Attn: Written Correspondence/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 |
| Wells Fargo Home Mor<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Wilmington Savings Fund Society, FSB, as Own<br>AMIP Management<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740-2799 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

Yellowstone Capital LLC
30 Broad St. 14th Fl, Ste 1462
New York, NY 10004-2304

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BlueVine<br>401 Warren St #300<br>Redwood City, CA 94063 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | (d)Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | Kabbage Inc.<br>925B Peachtree Street NE, Suite 1688<br>Attn: Bankruptcy Department<br>Atlanta, GA 30309 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Swift Capital<br>501 Carr Rd #301<br>Wilmington, DE 19809 | Swift Financial, LLC<br>3505 Silverside Rd., Suite 200<br>Wilmington, DE 19810 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)Goldman Sachs Mortgage Company | (d)Ann M Johns<br>503 Clemesha Avenue<br>Pittsburgh, PA 15226-2017 |
| (u)Residential Credit Opportunities Trust V-E | (u)SPECIALIZED LOAN SERVICING LLC | (d)Specialized Loan Servicing LLC<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 |
| (u)THE BANK OF NEW YORK MELLON, F/K/A THE BAN | (du)THE BANK OF NEW YORK MELLON, F/K/A The Ba | (du)THE BANK OF NEW YORK MELLON, F/K/A The Ba |

End of Label Matrix
Mailable recipients     90
Bypassed recipients      9
Total                   99