IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James R. John | ) | Case No. 19-23840 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 146 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF MODIFIED ORDER EMPLOYING SPECIAL COUNSEL

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 5, 2023

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Massimo A. Terzini, Esquire
Law Offices of Joel Sansone
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee


                                              Respectfully submitted,

June 5, 2023              /s/ Christopher M. Frye
DATE                           Christopher M. Frye, Esquire
                                     Attorney for the Debtor(s)

                                     STEIDL & STEINBERG
                                     Suite 2830 – Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA  15219
                                     (412) 391-8000
                                     chris.frye@steidl-steinberg.com
                                     PA I.D. No. 208402