FILED
9/7/23 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-23840-GLT |
| | : | Chapter: | 13 |
| James R. Johns | : | | |
| | : | | |
| | : | Date: | 9/6/2023 |
| Debtor(s). | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #158 - Motion to Approve Settlement
           #162 - Response filed by Trustee

**APPEARANCES**:
   Debtor:    Lauren Lamb (Massimo Terzigni, special counsel)
   Trustee:   Kate Disimone

**NOTES:**   [11:03]

Terzigni: Fee agreement is standard in employment discrimination cases. Believes fee arrangement is justified. Estimates spent around 30 hours on the case. Estimates 18-20 hours of that was before he was approved as special counsel.

Court: An adjustment of some sort is appropriate.

**OUTCOME:**

1) For reasons stated on the record, the *Motion to Approve Settlement* [Dkt. No. 158] is resolved pending further Court order. [Chambers to prepare].

**DATED:**  9/6/2023