# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: James R. Johns                             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-23840 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ Brian C. Nicholas
                                      Brian Nicholas
                                      06 Oct 2023, 12:09:57, EDT

                                      Brian C. Nicholas, Esq. (317240) ☑
                                      Denise Carlon, Esq. (317226) ☐
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      bkgroup@kmllawgroup.com